IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.            **CASE NO.: 4:02-CR-032-SPM**

**CAVETTA CORBETT,**

    **Defendant.**
_____/

### ORDER CONTINUING HEARING

**THIS CAUSE** comes before the Court upon Defendant's "Stipulated Motion to Continue Hearing" (doc. 116) filed April 28, 2005.  Defendant requests a 30-day continuance in order to resolve the pending state charges underlying the violation of supervised release.  The motion is unopposed.  For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Continue (doc. 116) is hereby *granted*.

2. The hearing is reset for **Monday, June 27, 2005** at **1:30pm** at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this twenty-ninth day of April, 2005.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge

/pao