IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.   CASE NO.: 4:02-CR-032-SPM

**CAVETTA CORBETT,**

    **Defendant.**
_____/

## ORDER DIRECTING WITNESS LIST

**THIS CAUSE** comes *sua sponte* before the Court. In preparation for Defendant's sentencing on Monday, June 27, 2005, it is

**ORDERED AND ADJUDGED** that Defendant shall submit in writing on or before **5:00pm** on **Wednesday, June 22, 2005** the following: 1) a witness list with estimated time for each witness's testimony and 2) a summary of any sentencing argument to be made.

**DONE AND ORDERED** this <u>twentieth</u> day of June, 2005.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge

/pao